**2002–1956. Tucker v. Wilson.**
Clermont App. No. CA2002–01–002, 2002-Ohio-5142. This cause is pending before the court as an appeal from the Court of Appeals for Clermont County. Upon consideration of the motion of amicus curiae, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for October 22, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellees.